**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **NICOLE Y. STILLION,**<br><br>    Plaintiff,<br><br>  v.<br><br>**COMMISSIONER OF SOCIAL SECURITY,**<br><br>    Defendant. | **Case No. 2:14-cv-17**<br><br>**Judge Peter C. Economus**<br><br>**ORDER** |

This matter is before the Court for consideration of the Report and Recommendation of the Magistrate Judge, in which the Magistrate Judge recommended that Plaintiff's statement of errors be sustained in part and remanded to the Commissioner for further proceedings pursuant to 42 U.S.C. § 405(g), sentence four. (Doc. 19.)

The Report and Recommendation specifically advised the parties that failure to object to the Report and Recommendation within fourteen days results in a "waiver of the right to have the district judge review the Report and Recommendation de novo, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." (Report & Recommendation 16–17, Doc. 19.)  The time period for filing objections to the Report and Recommendation has expired.  No party has objected to the Report and Recommendation.

The Court reviewed the Report and Recommendation pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation and **SUSTAINS** Plaintiff's statement of errors to the extent that this case is hereby **REMANDED** to the Commissioner for further proceedings pursuant to 42 U.S.C. § 405(g), sentence four. (Doc. 19.)

    **IT IS SO ORDERED.**

                                                        /s/ Peter C. Economus
                                                        **UNITED STATES DISTRICT JUDGE**